

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00283-CV

———————————————

THUY VU DOAN ("MARTIN"), OLIVIA NGOC KIM, JOSEPH V. DOAN, VY T. MAI, AND DOAN'S SEAFOOD GRILL, CO., Appellants

V.

B&M CRAB STATION, LLP, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-324024-21

Before Kerr, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 28, 2022